■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REGINALD ELLIS, Appellant. [667 NYS2d 928] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Robinson, J.), rendered July 3, 1996, as amended July 10, 1996, convicting him of criminal possession of a weapon in the third degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment, as amended, is affirmed.

While some of the prosecutor's comments during summation were better left unsaid, given the Judge's prompt curative

instructions and the overwhelming evidence of the defendant's guilt, they do not warrant reversal (*see, People v Galloway,* 54 NY2d 396; *People v Garrett,* 219 AD2d 670). Joy, J. P., Krausman, Florio and McGinity, JJ., concur.